## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1. KRISTY L. PARRICK, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 14-cv-739-GKF-TLW ) |
| 1. LIBERTY TIRE RECYCLING, LLC, a foreign for profit limited liability company, | ) ) ) |
| Defendant. | ) ) |

### JOINT STIPULATION OF DISMISSAL

**COME NOW** Plaintiff Kristy L. Parrick, along with Defendant Liberty Tire Recycling, LLC, by and through their respective attorneys of record, and jointly stipulate to dismissing this matter with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). All claims related to this matter are hereby dismissed with prejudice to the re-filing of the same, and no party asserts or admits to any liability on the part of any other party. Each party will bear her /its own costs related to this matter. As a result of this dismissal, there are no remaining defendants or claims.

Respectfully submitted,

**KEESLING LAW GROUP, PLLC**

/s/ Timothy S. Kittle
David R. Keesling, OBA No. 17881
Timothy S. Kittle, OBA No. 21979
11114 South Yale Avenue, Suite B
Tulsa, Oklahoma 74137
(918) 924-5101 – Telephone
(918) 512-4888 – Facsimile
David@KLGattorneys.com
Tim@KLGattorneys.com
*Attorneys for Plaintiff:*
*Kristy L. Parrick*

-AND-

\*/s/ Jessica L. Craft
*(\*Signed with consent of Counsel for Defendant)*
Michael L. Carr, OBA No. 17805
Jessica L. Craft, OBA No. 31126
**HOLDEN & CARR**
15 East 5th Street, Suite 3900
Tulsa, Oklahoma 74103
(918) 295-8888 – Telephone
(918) 295-8889 – Facsimile
StevePalmer@HoldenLitigation.com
MikeCarr@HoldenLitigation.com
JessicaCraft@HoldenLitigation.com
***Attorneys for Defendant:***
***Liberty Tire Recycling, LLC***